# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:12-00003 |
| v. | ) | JUDGE SHARP |
| | ) | |
| ROBERT DENNIS | ) | |

## ORDER

This case is related to an earlier-filed case assigned to Judge Todd Campbell, Case No. 3:05-00037, United States of America v. Robert Dennis. Judge Sharp and Judge Campbell have conferred and agreed that this case should be TRANSFERRED to Judge Campbell as a related case.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE